# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-

BRIANNA PAULA CONRAD

Case Number: 6:05-Cr-154-Orl-31GJK

USM Number: 26090-018

Stephen Langs
201 S. Orange Ave. #300
Orlando, FL 32801

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge numbers 1, 2, 6 and 7 of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | New criminal conduct - Fraudulent Use of Personal Identification Information. | June 2, 2007 |
| 2 | New criminal conduct - Fraudulent Use a Credit Card. | June 2, 2007 |
| 6 | New criminal conduct - Dealing in Stolen Property. | July 24, 2007 |
| 7 | New criminal conduct - Possession of Drug Paraphernalia | November 13, 2007 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The defendant has not violated charge numbers 3, 4 and 5 and is discharged as to such violations.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

7/11/2008

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

July __14__, 2008

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **6 Months**. This term shall be served consecutively to the term imposed in Volusia County Florida Circuit Court Case Number 2007-35021CFAES. The defendant shall be given credit for any federal time served.

It is FURTHER ORDERED that upon release from imprisonment, Defendant is released from further supervision by the court.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal